**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| LUIS VILLEGAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VILLA PLAZA PARTNERSHIP, L.P. et al.,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-06431-ODW (FFMx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order *Sua Spone* Granting Defendant Summary Judgment (ECF No. 42.) it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered for Defendant on Plaintiff's first claim for relief under the Americans with Disabilities Act ("ADA");
2. Plaintiff shall take nothing by way of his ADA claim;
3. Pursuant to the Court's earlier order, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh claim and dismissed the claim without prejudice (ECF No. 19.);

The Court **VACATES** all dates and deadlines.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 8, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**