

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION, FIRST STREET COURTHOUSE

| | |
|---|---|
| LUIS VILLEGAS,<br><br>                          Plaintiff,<br><br>v.<br><br>VILLA PLAZA PARTNERSHIP, L.P., a California Limited Partnership; and DOES 1 through 10,<br><br>                          Defendants. | CASE NO. 2:18-CV-06431-ODW-FFM<br><br>**ORDER** |

The noticed motion of defendant VILLA PLAZA PARTNERSHIP, L.P. ("Defendant") for issuance of an Order imposing monetary discovery sanctions against plaintiff LUIS VILLEGAS ("Plaintiff") came on regularly before this Court for hearing on December 17, 2019 at 10:00 a.m., the Honorable Frederick F. Mumm presiding, in the United States District Court, Central District of California, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 580, 5th Floor.

The Court having considered the matter, it is hereby ordered that monetary sanctions in the amount of $1,700.88 shall be and are imposed against Plaintiff for his failure to attend and proceed with the deposition he had noticed of Defendant's Person Most Knowledgeable. The sanctions must be paid within thirty (30) days.

**IT IS SO ORDERED.**

Date: 1-8-20          By: _____
                          FREDERICK F. MUMM
                          United States Magistrate Judge